

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2017

No. 04-17-00485-CV

Victor **RAMOS**,
Appellant

v.

Gustavo **GUERRA**, Jr. Individually,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVT000103-D4
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant filed a notice of appeal in the trial court on July 12, 2017. On August 11, 2017, appellant filed an affidavit of indigence. It is therefore ORDERED that the clerk of this court provide a copy of appellant's affidavit to the other party, the trial court clerk, and the court reporter. It is FURTHER ORDERED that any objection to appellant's indigence must be filed no later than ten days from the date of this order. If no objection is filed, the appellant will be deemed indigent for purposes of this appeal, and the trial court clerk and the court reporter will be required to file the clerk's record and reporter's record in this appeal without payment of costs no later than October 13, 2017.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2017.

Luz Estrada
Chief Deputy Clerk